| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br>*Attorney For:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:* 4673-002C

*Insert name of Court, and Judicial District and Branch Court:*
In The United States District Court For The Eastern District Of Texas - Marshall Division

*Plaintiff:* COBBLESTONE WIRELESS, LLC
*Defendant:* VERIZON COMMUNICATIONS, INC.; ET AL

**PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: 2:22-cv-00478-JRG-RSP

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Notice of Related Cases; Case assigned to District Judge Rodney Gilstrap and Magistrate Judge Roy S. Payne. (ch,); In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment.; Plaintiff's Rule 7.1 Disclosure Statement; Jury Trial Demanded

3. a. Party served: VERIZON COMMUNICATIONS, INC.
   b. Person served: Nadia Bellamy, Intake Specialist, CT Corporation System, Registered Agent, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 1209 Orange St, Wilmington, DE 19801

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Dec 20 2022 (2) at: 11:24 AM

6. Person Who Served Papers:
   a. John Garber
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   d. The Fee for Service was: $192.95

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12-21-22
(Date)               (Signature)



PROOF OF SERVICE

8115361
(5178252)