AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-cv-00478-JRG-RSP |
| VERIZON COMMUNICATIONS, INC., ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COBBLESTONE WIRELESS, LLC                                                                                                                   .

Date:     02/23/2023                                                                          /s/ Amy E. Hayden
                                                                                                           *Attorney's signature*

                                                                                  Amy E. Hayden CA SBN 287026
                                                                                    *Printed name and bar number*

                                                                                         RUSS, AUGUST & KABAT
                                                                                    12424 Wilshire Blvd, 12th Floor
                                                                                         Los Angeles, CA 90025

                                                                                                    *Address*

                                                                                          ahayden@raklaw.com
                                                                                                 *E-mail address*

                                                                                               (310) 826-7474
                                                                                              *Telephone number*

                                                                                               (310) 826-6991
                                                                                                 *FAX number*